1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                          DISTRICT OF NEVADA
8                                 * * *
9   JARRETT MILLER,                        Case No. 2:20-cv-02125-GMN-VCF
10                          Plaintiff,       ORDER
        v.
11
    CALVIN JOHNSON,
12
                            Defendants.
13

14

15  **I.    DISCUSSION**

16          According to the Nevada Department of Corrections inmate database, Plaintiff is
17  no longer incarcerated by the Nevada Department of Corrections. Plaintiff has not filed
18  an updated address notification with the Court. The Court notes that pursuant to Nevada
19  Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written
20  notification of any change of mailing address, email address, telephone number, or
21  facsimile number. The notification must include proof of service on each opposing party
22  or the party's attorney. Failure to comply with this rule may result in the dismissal of the
23  action, entry of default judgment, or other sanctions as deemed appropriate by the court."
24  Nev. Loc. R. IA 3-1. The Court grants Plaintiff thirty (30) days from the date of entry of
25  this order to file his updated address with this Court. If Plaintiff does not update the Court
26  with his current address within thirty (30) days from the date of entry of this order, this
27  case will be subject to dismissal without prejudice.
28

                                        1

Plaintiff previously filed an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). Plaintiff is required to either pay the filing fee or submit an application to proceed *in forma pauperis* by a non-prisoner. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400. The Court will not issue a screening order in this case until the matter of the payment of the filing fee is resolved.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order. If Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400. If Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice.


DATED THIS 23rd day of June        2021.

_____
UNITED STATES MAGISTRATE JUDGE

2